UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIRK SCHULTZ,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 18-0186 (UNA) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED without prejudice.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE: 2/28/18

United States District Judge